UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――x
                                          :
In re                                     :    Chapter 11
                                          :
Ezra Holdings Limited *et al.*,[1]        :    Case No. 17 – 22405 (RDD)
                                          :
            Debtors.                      :    Jointly Administered
――――――――――――――――――――――――x

**BRIDGE ORDER EXTENDING EXCLUSIVE PERIODS TO FILE
A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

Upon the timely motion, dated October 25, 2017 (the "Motion"), of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to 11 U.S.C. § 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), further extending the Debtors' exclusive periods in which to file a chapter 11 plan (the "Exclusive Filing Period") and solicit acceptances thereof (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusive Periods"), all as more fully described in the Motion; and, in light of the December 19, 2017 hearing date on the Motion, the Debtors having also requested entry of a bridge order granting an extension of the Exclusive Periods until such time as the Court has entered an order determining the relief requested in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

---

[1] The Debtors in these chapter 11 cases, along with the last five characters of each Debtor's registration identification number, include: Ezra Holdings Ltd. (1411N); Ezra Marine Services Pte. Ltd. (7685G); and EMAS IT Solutions Pte. Ltd (5414W). The location of the Debtors' U.S. office is 75 South Broadway, Fourth Floor, Office Number 489, White Plains, NY 10601.

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due deliberation, the Court having found and determined, consistent with Local Bankruptcy Rule 9006-2, that extension of the Exclusive Periods pending the Court's determination of the Motion is supported by sufficient cause and is in the best interests of the Debtors, their estates, creditors, and parties-in-interest; and no additional notice or hearing on the Debtors' request for a bridge extension being required, it is hereby

**ORDERED, that:**

1. The Debtors' Exclusive Periods are extended pursuant to 11 U.S.C. § 1121(d) and Local Bankruptcy Rule 9006-2 until such time as the Court has entered an order determining the relief requested in the Motion.

2. The relief granted herein is without prejudice to the rights of the Debtors to seek further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code and the right of any party in interest to seek to terminate such Periods.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 27, 2017
      White Plains, New York

                                          <u>/s/ Robert D. Drain</u>
                                          Honorable Robert D. Drain
                                          United States Bankruptcy Judge