**SAUL EWING ARNSTEIN & LEHR LLP**
Sharon L. Levine
Jeffrey C. Hampton
Stephen B. Ravin
Dipesh Patel
Aaron S. Applebaum
1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6713
Facsimile:  (973) 286-6821

    -and-

555 Fifth Avenue
Suite 1700
New York, NY 10017
Telephone: (212) 980-7200

*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| EZRA HOLDINGS LIMITED *et al.*,[1] | : | Case No. 17 – 22405 (RDD) |
|  | : |  |
| Debtors. | : | Jointly Administered |

----------------------------------------------------------x

**NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JANUARY 8, 2018 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, 10601

---

[1] The Debtors in these chapter 11 cases, along with the last five characters of each Debtor's registration identification number, include: Ezra Holdings Ltd. (1411N); Ezra Marine Services Pte. Ltd. (7685G); and EMAS IT Solutions Pte. Ltd (5414W).  The location of the Debtors' U.S. office is 75 South Broadway, Fourth Floor, Office Number 489, White Plains, NY 10601.

[2] Amended agenda items appear in **bold**.

## I. MATTERS GOING FORWARD:

1. Debtors' Application Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) & 2016 and Local Bankruptcy Rules 2014-1 & 2016-1 for Authority to Retain and Employ Foxwood LLC as Special Transactional Counsel for the Debtors [Docket Entry 251]

   Response Deadline:  December 20, 2017 at 4:00 p.m.

   Responses Received:  Informal comments received from U.S. Trustee and addressed by supplemental declaration and revisions to proposed order.

   Related Documents:

   A. Affidavit of Service [Docket Entry 256]

   B. Supplemental Declaration and Disclosure Statement on Behalf of Foxwood LLC Pursuant to 11 U.S.C. §§ 327, 329 and 504 and Fed. R. Bankr. P. 2014(a) and 2016(a) [**Docket Entry 287**]

   C. Notice of Revised Proposed Order Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rule 2014-1 and 2016-1 Authorizing the Retention and Employment of Foxwood LLC as Special Transactional Counsel for the Debtors [**Docket Entry 288**]

   Status:    This matter is going forward.

2. Debtors' Ex Parte Motion for an Order to Shorten Time with Respect to the Debtors' Motion for Approval of Use of Property Outside the Ordinary Course of Business [Docket Entry 281]

   Response Deadline:  At or before hearing.

   Related Documents:

   A. Debtors' Motion for Approval of Use of Property Outside the Ordinary Course of Business [Docket Entry 280]

   B. Affidavit of Service [Docket Entry 283]

   Status:    This matter is going forward.

3. Debtors' Motion for Approval of Use of Property Outside the Ordinary Course of Business [Docket Entry 280]

   Response Deadline: At or before hearing.

   Related Documents:
   A. Debtors' Ex Parte Motion for an Order to Shorten Time with Respect to the Debtors' Motion for Approval of Use of Property Outside the Ordinary Course of Business [Docket Entry 281]

   B. Affidavit of Service [Docket Entry 283]

   Status: This matter is going forward subject to approval of Motion to Shorten Time [Docket Entry 281]

4. Second Application of Saul Ewing Arnstein & Lehr LLP, Counsel for the Debtors, for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 1, 2017 Through October 31, 2017 [Docket Entry 260]

   Response Deadline: January 2, 2018 at 4:00 p.m.

   Responses Received: Informal comments received from the U.S. Trustee.

   Related Documents:

   A. Notice of Hearing on Second Interim Applications for Allowance of Compensation and Reimbursement of Expenses on January 8, 2018 at 10:00 AM [Docket Entry 263]

   B. Affidavit of Service [Docket Entry 274]

   Status: Applicant agreed to a fee reduction and resolved U.S. Trustee's informal comments. This matter is going forward.

5.     Second Application of Drew & Napier LLC, Special Counsel for the Debtors, for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 1, 2017 Through October 31, 2017 [Docket Entry 261]

    Response Deadline:  January 2, 2018 at 4:00 p.m.

    Responses Received:  Informal comments received from the U.S. Trustee, addressed with the provision of additional information.

    Related Documents:

        A.     Notice of Hearing on Second Interim Applications for Allowance of Compensation and Reimbursement of Expenses on January 8, 2018 at 10:00 AM [Docket Entry 263]

        B.     Affidavit of Service [Docket Entry 274]

    Status:  This matter is going forward.

6.     Second Application of PricewaterhouseCoopers Advisory Services Pte Ltd, Financial Advisor for the Debtors, for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 1, 2017 Through October 31, 2017 [Docket Entry 262]

    Response Deadline:  January 2, 2018 at 4:00 p.m.

    Responses Received:  Informal comments received from the U.S. Trustee.

    Related Documents:

        A.     Notice of Hearing on Second Interim Applications for Allowance of Compensation and Reimbursement of Expenses on January 8, 2018 at 10:00 AM [Docket Entry 263]

        B.     Affidavit of Service [Docket Entry 274]

    Status:  This matter is going forward.

7. Second Interim Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2017 Through October 31, 2017 [Docket Entry 257]

Response Deadline: January 2, 2018 at 4:00 p.m.

Responses Received: U.S. Trustee provided informal comments, which were addressed with additional information.

Related Documents:

A. Notice of Hearing on Second Interim Applications for Allowance of Compensation and Reimbursement of Expenses on January 8, 2018 at 10:00 AM [Docket Entry 263]

B. Affidavit of Service [Docket Entry 274]

Status: This matter is going forward.

Dated: January 6, 2018                **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/Aaron S. Applebaum*
Sharon L. Levine
Jeffrey C. Hampton
Stephen B. Ravin
Dipesh Patel
Aaron S. Applebaum
1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6713
Facsimile: (973) 286-6821
sharon.levine@saul.com
jeffrey.hampton@saul.com
stephen.ravin@saul.com
dipesh.patel@saul.com
aaron.applebaum@saul.com

-and-

555 Fifth Avenue
Suite 1700
New York, NY 10017
Telephone: (212) 980-7200

*Attorneys for the Debtors*