**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
EZRA HOLDINGS LIMITED *et al.*,[1]            :    Case No. 17 – 22405 (RDD)
                                              :
         Debtors.                             :    Jointly Administered
---------------------------------------------------------x

**POST-CONFIRMATION QUARTERLY OPERATING REPORT**
**FOR EZRA MARINE SERVICES PTE LTD FOR THE PERIOD OF**
**<u>APRIL 1, 2020 THROUGH JUNE 30, 2020</u>**

<u>Post-Confirmation Debtors' Address</u>:    Ezra Holdings Limited *et al.*,
                                              c/o Allen Wilen, Debtors' Representative
                                              EisnerAmper LLP
                                              750 Third Avenue
                                              New York, NY 10017

<u>Post-Confirmation Debtors' Attorneys</u>:  Saul Ewing Arnstein & Lehr LLP
                                              1037 Raymond Boulevard, Suite 1520
                                              Newark, NJ 07102
                                              -and-
                                              1270 Avenue of the Americas, Suite 2005
                                              New York, NY 10020

DISBURSEMENTS FOR THE PERIOD
FROM APRIL 1, 2020 THROUGH
JUNE 30, 2020:                                <u>$122,607.81</u>


The undersigned, having reviewed the attached report and being familiar with the Post-Confirmation Debtors' financial affairs, verifies under penalty of perjury that the information contained therein is complete, accurate, and truthful to the best of my knowledge.


*/s/ Allen Wilen*                             Date: <u>July 7, 2020</u>
Allen Wilen
Debtors' Representative

---

[1] The Debtors in these chapter 11 cases, along with the last five characters of each Debtor's registration identification number, include: Ezra Holdings Ltd. (1411N); Ezra Marine Services Pte. Ltd. (7685G); and EMAS IT Solutions Pte. Ltd (5414W).

**BACKGROUND**

On March 18, 2017, Ezra Holdings Limited, Ezra Marine Services Pte. Ltd., and EMAS IT Solutions Pte. Ltd. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered under the caption "In re Ezra Holdings Limited, *et al.*" Case Number 17-22405-RDD (the "Chapter 11 Cases"). On October 18, 2018, the Bankruptcy Court confirmed the *Debtors' Modified First Amended Chapter 11 Plan* (the "Plan") under Chapter 11 of the Bankruptcy Code. The Effective Date, as defined in the Plan, occurred on December 31, 2018.

This Post-Confirmation Operating Report ("PCOR") includes the period from April 1, 2020 through June 30, 2020. This PCOR is unaudited, limited in scope, and has been prepared solely for the purpose of complying with the post-confirmation quarterly requirements set forth in the Bankruptcy Code. This PCOR is not intended to be relied upon as a complete description of the Debtors' businesses, their financial position, results of operations, or cash flows and does not include all information and footnotes required by accounting principles generally accepted in the United States for complete financial statements. Therefore, there can be no assurance that any financial information presented herein is complete. Users of this PCOR shall not place undue reliance on the financial information presented herein.

Notwithstanding any indications of value that may be contained in the Plan or this PCOR, no assurance can be given as to the ultimate value that may be assigned to the Debtors' prepetition liabilities or other financial interests. The Debtors reserve the right to amend this PCOR from time to time as may be necessary or appropriate.

Additional information regarding the Debtors' Chapter 11 Cases, including court filings and claims information, is available on the Debtors' claims and noticing agent's website at https://cases.primeclerk/com/ezra/.

**IN RE EZRA HOLDINGS LIMITED, ET AL.**
**SCHEDULE OF CASH DISBURSEMENTS BY EZRA MARINE SERVICES PTE LTD**
**FOR THE PERIOD OF APRIL 1, 2020 THROUGH JUNE 30, 2020**

This schedule includes total disbursements for the quarter ended June 30, 2020.

| Debtor | Case Number | Month/Year | Disbursements |
|---|---|---|---|
| Ezra Marine Services Pte Ltd | 17-22407-RDD | April/2020 | $24,183.08 |
| Ezra Marine Services Pte Ltd | 17-22407-RDD | May/2020 | $54,543.54 |
| Ezra Marine Services Pte Ltd | 17-22407-RDD | June/2020 | $43,881.19 |

**TOTAL DISBURSEMENTS:**                                                          **$122,607.81**