**Presentment Date and Time: July 23, 2020 at 10:00 a.m. (Eastern Time)**
**Objection Deadline: July 20, 2020 at 4:00 p.m. (Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): To Be Determined**

**SAUL EWING ARNSTEIN & LEHR LLP**
Jeffrey C. Hampton
Stephen B. Ravin
Aaron S. Applebaum
1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6713
Facsimile: (973) 286-6821

-and-

1270 Avenue of the Arts
Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Ezra Holdings Limited *et al.*,[1] | : | Case No. 17 – 22405 (RDD) |
| Debtors. | : | Jointly Administered |

**NOTICE OF PRESENTMENT OF**
**DEBTORS' MOTION FOR ENTRY OF FINAL DECREE**

**PLEASE TAKE NOTICE** that upon the annexed motion (the "**Motion**") of Ezra Holdings Limited and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors-in-possession (collectively, the "**Debtors**"), seeking entry of a final decree, all as more fully set forth in the Motion, the Debtors will present the proposed final decree, in the form

---

[1] The Debtors in these chapter 11 cases, along with the last five characters of each Debtor's registration identification number, include: Ezra Holdings Ltd. (1411N); Ezra Marine Services Pte. Ltd. (7685G); and EMAS IT Solutions Pte. Ltd (5414W).

submitted with the Motion, for signature to the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), 300 Quarropas Street, White Plains, New York, 10601, on **July 23, 2020 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion (each, an "**Objection**") shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the Order Pursuant to 11 U.S.C. § 105(a) and Fed. Bankr. P. 1015(c), 2002(m) and 9007 Implementing Certain Notice and Case Management Procedures, dated April 25, 2017 (ECF No. 58), so as to be filed and received no later than **July 20, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is timely filed and served, a hearing (the "**Hearing**") will be held to consider the Motion on a date and time to be determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/ezra. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: July 7, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By: */s/ Aaron S. Applebaum* |
| | Jeffrey C. Hampton |
| | Stephen B. Ravin |
| | Aaron S. Applebaum |
| | 1037 Raymond Boulevard |
| | Suite 1520 |
| | Newark, NJ 07102 |
| | Telephone: (973) 286-6718 |
| | Facsimile: (973) 286-6818 |
| | jeffrey.hampton@saul.com |
| | stephen.ravin@saul.com |
| | aaron.applebaum@saul.com |
| | -and- |
| | 1270 Avenue of the Arts |
| | Suite 2005 |
| | New York, NY 10020 |
| | Telephone: (212) 980-7200 |
| | *Attorneys for the Debtors* |